# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Kuntz, William F. | 2. Court or Organization<br><br>Eastern District of New York | 3. Date of Report<br><br>08/09/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States District Court
225 Cadman Plaza East
6th Floor North
Brooklyn, New York 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 08/09/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Department of Veterans Affairs, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kuntz, William F. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. Fidelity Government Cash Reserves (FDRXX) | A | Int./Div. | N | T | | | | | 2 |
| 3. Fidelity Growth & Income Retirement Fund (FGRIX) | D | Dividend | N | T | Buy (add'l) | 04/04/16 | J | | 1 |
| 4. IRA #2 (H) | | | | | | | | | |
| 5. Merrill Edge Cash Sweep (cash) (X) | A | Interest | J | T | | | | | |
| 6. Merrill Lynch High Income Fund | E | Dividend | N | T | | | | | 3 |
| 7. Brokerage Account #1 (H) | | | | | | | | | |
| 8. UBS Bank USA Deposit Account APY (cash) | A | Interest | N | T | | | | | 76 |
| 9. UBS AG Deposit Account APY (cash) | A | Interest | L | T | | | | | 76 |
| 10. Abbott Laboratories, Inc. (ABT) | B | Dividend | K | T | | | | | 5 |
| 11. Abbvie Inc. (ABBV) | C | Dividend | L | T | | | | | 84 |
| 12. Aflac Inc. (AFL) | B | Dividend | L | T | | | | | 4 |
| 13. Air Products and Chemicals Inc. (APD) | B | Dividend | K | T | | | | | 6 |
| 14. Akamai Technologies Inc. (AKAM) (X) | | None | J | T | | | | | |
| 15. Alphabet Inc. Cl. C (GOOG) | | None | J | T | Buy | 08/08/16 | J | | |
| 16. Amazon.com Inc. (AMZN) (X) | | None | J | T | | | | | |
| 17. American Express Co. (AXP) | B | Dividend | L | T | | | | | 7 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Tower Corp REIT (AMT) (X) | A | Dividend | J | T | | | | | |
| 19. Anglo American PLC ADR (Y) | | | | | | | | | 8 |
| 20. Anheuser-Busch Inbev Spons ADR (BUD) | B | Dividend | K | T | | | | | 9 |
| 21. Ansys Inc. (ANSS) | | None | K | T | | | | | 10 |
| 22. Apple Inc. (AAPL) | A | Dividend | K | T | Sold (part) | 02/26/16 | K | E | 11 |
| 23. Aqua Amer Inc. (WTR) | B | Dividend | K | T | Buy | 09/21/16 | K | | |
| 24. Automatic Data Processing Inc. (ADP) | C | Dividend | M | T | | | | | 12 |
| 25. Avon Products Inc. (AVP) | | None | K | T | | | | | 13 |
| 26. Bank United, Inc. (BKU) (X) | A | Dividend | J | T | | | | | |
| 27. Bard C R Inc. (BCR) (X) | A | Dividend | K | T | | | | | |
| 28. Berkshire Hathaway Inc. New Class B (BRK.B) | | None | L | T | | | | | 14 |
| 29. Brinker International Inc. (EAT) | B | Dividend | K | T | | | | | 15 |
| 30. Bristol Myers Squibb Co. (BMY) | C | Dividend | M | T | | | | | 16 |
| 31. CDK Global Inc. Com. (CDK) | A | Dividend | K | T | | | | | 82 |
| 32. Celgene Corp (CELG) (X) | | None | J | T | Sold (part) | 10/21/16 | K | | |
| 33. Charter Communications Inc. New Cl A (CHTR) (X) | | None | J | T | | | | | |
| 34. Chevron Corp. (CVX) | C | Dividend | L | T | | | | | 17 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Clorox Co. (CLX) (X) | A | Dividend | K | T | | | | | |
| 36. Coca-Cola Co. Com. (CMCSA) | B | Dividend | L | T | | | | | 19 |
| 37. Comcast Corp New Cl A (CMCSA) | | None | L | T | | | | | 77 |
| 38. ConocoPhillips (COP) | A | Dividend | K | T | | | | | 20 |
| 39. Dentsply Sirona Inc. (XRAY) (X) | A | Dividend | J | T | | | | | |
| 40. Dominion Resources Inc. Va. New (D) | B | Dividend | K | T | | | | | 22 |
| 41. Du Pont De Nemours & Co (DD) | B | Dividend | L | T | | | | | 23 |
| 42. Ecolab Inc. (ECL) (X) | A | Dividend | K | T | | | | | |
| 43. Emerson Electric Co. (EMR) | A | Dividend | J | T | | | | | 24 |
| 44. Express Scripts Hldg. Co. (ESRX) | | None | K | T | | | | | 78 |
| 45. Exxon Mobil Corp. (XOM) | D | Dividend | M | T | | | | | 25 |
| 46. General Electric Co. (GE) | B | Dividend | L | T | | | | | 26 |
| 47. General Mills Inc. (GIS) | D | Dividend | N | T | Sold (part) | 07/22/16 | L | F | 27 |
| 48. Genuine Parts Co. (GPC) (X) | A | Dividend | K | T | | | | | |
| 49. Gilead Sciences Inc. (GILD) (X) | A | Dividend | J | T | Sold (part) | 08/12/16 | K | | |
| 50. Hubbell Inc. Class B (HUBB) | B | Dividend | L | T | | | | | 29 |
| 51. Idexx Labs (IDXX) (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Intel Corp (Y) | | | | | | | | | 30 |
| 53. International Business Machines Corp. | | None | | | Sold | 02/18/16 | L | F | 31 |
| 54. Johnson & Johnson Com. (JNJ) | C | Dividend | L | T | | | | | 32 |
| 55. Kinder Morgan Inc. (KMI) (X) | A | Dividend | J | T | | | | | |
| 56. Koninklijke Philips Electronics NS Spon ADR New | A | Dividend | J | T | | | | | 33 |
| 57. Kraft Heinz Co. (KHC) | C | Dividend | L | T | | | | | 86-88 |
| 58. Linear Technology Corporation | | None | | | Sold | 07/27/16 | L | E | 35 |
| 59. LKQ Corp. New (LKQ) (X) | | None | J | T | | | | | |
| 60. Lowes Companies Inc. (LOW) (X) | A | Dividend | J | T | | | | | |
| 61. Marsh & McLennan Cos. Inc. (MMC) | D | Dividend | N | T | | | | | 36 |
| 62. Merck & Co. Inc. New Com. (MRK) | C | Dividend | M | T | | | | | 37, 94 |
| 63. Meridian Bioscience Inc. (VIVO) | A | Dividend | J | T | | | | | 38 |
| 64. Microsoft Corp. (MSFT) | C | Dividend | J | T | | | | | 39 |
| 65. Middleby Corp. Dela (MIDD) (X) | | None | J | T | | | | | |
| 66. Mondelez Intl Inc. (MDLZ) | B | Dividend | L | T | | | | | 80 |
| 67. Moodys Corp. (MCO) | A | Dividend | K | T | | | | | 40 |
| 68. Nestle S A Sponsored ADR (NSRGY) (X) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period — (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period — (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period — (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Nextera Energy Inc. Com. (NEE) (X) | B | Dividend | K | T | | | | | |
| 70. Nike Inc. Cl. B (NKE) (X) | A | Dividend | J | T | | | | | |
| 71. Norfolk Southern Corp. | C | Dividend | M | T | | | | | 41 |
| 72. Oracle Corp. (ORCL) (X) | A | Dividend | J | T | | | | | |
| 73. Pepsico Inc. (PEP) | B | Dividend | L | T | | | | | 42 |
| 74. Pfizer Inc. | | None | | | Buy | 02/09/16 | K | | |
| 75. | | | | | Sold | 04/07/16 | L | C | |
| 76. Phillips 66 (PSX) | A | Dividend | K | T | | | | | 83 |
| 77. Piedmont Natural Gas | | None | | | Sold | 02/16/16 | K | E | 44 |
| 78. Praxair Inc. (PX) | B | Dividend | K | T | | | | | 45 |
| 79. Procter & Gamble Co. (PG) | C | Dividend | M | T | | | | | 46 |
| 80. Qualcomm Inc. (QCOM) (X) | A | Dividend | J | T | | | | | |
| 81. Royal Dutch Shell PLC Cl. A Spon ADR (RDS.A) | C | Dividend | L | T | | | | | 47 |
| 82. Royal Dutch Shell PLC ADS REPSTG 2 Cl B (RDS.B) | C | Dividend | L | T | Buy | 07/22/16 | L | | |
| 83. Schlumberger Ltd. Netherlands Antilles (SLB) (X) | A | Dividend | K | T | | | | | |
| 84. Stanley Black and Decker Inc. Com. (SWK) (X) | A | Dividend | J | T | | | | | |
| 85. Stericycle Inc. (SRCL) (X) | | None | J | T | Sold (part) | 09/16/16 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Sysco Corp. (SYY) | A | Dividend | K | T | | | | | 48 |
| 87. Target Corp (X) | | None | | | Sold | 09/16/16 | L | | |
| 88. TE Connectivity Ltd. Chf. (TEL) (X) | A | Dividend | J | T | | | | | |
| 89. Thermo Fisher Scientific, Inc. | A | Dividend | L | T | | | | | 90 |
| 90. Time Warner Inc. (Y) | | | | | | | | | 50, 85 |
| 91. Time Inc. New Com. (TIME) | | None | | | Sold | 05/20/16 | J | D | 51 |
| 92. Total S.A. Spons ADR (TOT) | A | Dividend | J | T | | | | | 52 |
| 93. Union Pacific Corp. (UNP) | B | Dividend | L | T | | | | | 54 |
| 94. UnitedHealth Group Inc. (UNH) | A | Dividend | L | T | | | | | 89 |
| 95. US Bancorp Del (New) (USB) | A | Dividend | J | T | | | | | 53 |
| 96. Verizon Communications | | None | | | Sold | 07/22/16 | K | | 55 |
| 97. Versum Matls Inc. (VSM) (X) | | None | J | T | | | | | |
| 98. Visa Inc. Cl A (V) (X) | A | Dividend | K | T | Buy (add'l) | 08/08/16 | J | | |
| 99. Walt Disney Co. Com. (DIS) | B | Dividend | L | T | | | | | 21 |
| 100. Wells Fargo and Co. New (WFC) (X) | A | Dividend | J | T | | | | | |
| 101. 3M Co. (MMM) | B | Dividend | L | T | | | | | 49 |
| 102. Materials Select Sector SPDR Trust ETF (XLB) | | None | K | T | Buy | 11/10/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Purefunds ISE Cyber Security ETF (HACK) | A | Dividend | K | T | Buy | 10/26/16 | K | | |
| 104. Vanguard FTSE Emerging Markets ETF (VWO) | A | Dividend | J | T | | | | | 58 |
| 105. Western Asset NY Muni Money Market Fund Cl A (Y) | | | | | | | | | 18 |
| 106. IRA #3 (H) | | | | | | | | | |
| 107. UBS Bank USA Deposit Account APY (cash) | A | Interest | K | T | | | | | 76 |
| 108. American Funds, Washington Mutual Investors Fund Cl. A (AWSHX) (X) | C | Dividend | J | T | Buy (add'l) | 05/16/16 | J | | 71 |
| 109. Blackrock Equity Dividend Fund A (MDDVX) (X) | B | Dividend | K | T | | | | | |
| 110. Clearbridge Large Cap Growth Fund Cl. A (SBLGX) | A | Dividend | K | T | Buy (add'l) | 05/16/16 | J | | 68 |
| 111. Invesco American Franchise Fund Cl. A (VAFAX) (X) | A | Dividend | K | T | | | | | |
| 112. Putnam Growth Opportunities Fund Cl. A (POGAX) | A | Dividend | K | T | | | | | 70 |
| 113. U.S. Treasury Bonds | | None | M | T | | | | | 72 |
| 114. Other Holdings (H) | | | | | | | | | |
| 115. Alliance Capital Growth (Y) | | | | | | | | | |
| 116. Sun America Capital Appreciation (Y) | | | | | | | | | |
| 117. S.A. 1 year fixed no MVA (Y) | | | | | | | | | |
| 118. S.A. Intl Grw & Income (Y) | | | | | | | | | |
| 119. MFS Total Return (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Citibank Deposit program (Y) | | | | | | | | | |
| 121. Ishares MSCI Emg Mkts Index Fund (Y) | | | | | | | | | |
| 122. Invesco Constellation Fund Class A (Y) | | | | | | | | | |
| 123. DWS Communications Fund Class A (Y) | | | | | | | | | |
| 124. Legg Mason Global Currents (Y) | | | | | | | | | |
| 125. Putnam Income Fund A (Y) | | | | | | | | | |
| 126. Sun Trust USLife (Y) | | | | | | | | | |
| 127. Whole Life Insurance Policy AXA Equitable (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 08/09/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The 2016 report has been reorganized by account for ease of reporting and to eliminate duplication. To assist in this transition year, and to clarify name changes in remaining assets, this report includes references in Column D(5) to the corresponding lines in the 2015 filing.

Part VII, line 110: Formerly Legg Mason CB Large Cap Growth

Part VII, line 112: Formerly Putnam Voyager Fund Inc Cl. A

Part VII, lines 24, 58, and 79-80 of the 2015 report should have reflected partial sales.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William F. Kuntz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544